**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**(CHARLESTON DIVISION)**

| | | |
|---|---|---|
| PAIRED PAY, INC., | ) | |
| Plaintiff, | ) | |
| Counterclaim Defendant, | ) | **Case No. 2:22-CV-1013-RMG** |
| | ) | |
| v. | ) | |
| | ) | |
| CLEAROBJECT, INC., | ) | |
| | ) | |
| Defendant, | ) | |
| Counterclaim Plaintiff, | ) | |
| Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BLACK INK TECHNOLOGIES CORP., | ) | |
| f/k/a BLACK INK TECHNOLOGIES, LLC, | ) | |
| and PAIRED, INC. | ) | |
| | ) | |
| Third Party Defendants. | ) | |
| | ) | |

## NOTICE OF SETTLEMENT AND MOTION TO DISTRIBUTE SECURITY

Paired Pay, Inc., Paired, Inc., and Black Ink Technologies Corp. (collectively, the "Paired Entities") and ClearObject, Inc. ("ClearObject"), by and through their undersigned counsel, hereby: (a) provide notice to the Court that they have settled all matters between them; and (b) move the Court to instruct the Clerk of Court to distribute the funds on deposit. In support of this Notice and Motion, the parties state:

1. Pursuant to an Order entered on August 13, 2024 (Dkt. No. 191), ClearObject deposited with the Clerk of Court the sum of $628,025.

2. The parties have reached an agreement to settle all matters between them.

3. The parties move the Court to instruct the Clerk of Court to distribute the funds on deposit with the Clerk of Court as follows: $535,000.00 to Paired Pay and the remainder to

ClearObject.

4.      A form of proposed order is attached to this Motion as Exhibit A.

WHEREFORE, the Paired Entities and ClearObject jointly move the Court to enter the proposed order attached to this Notice and Motion as Exhibit A and grant them all other appropriate relief.

| | |
|---|---|
| December 5, 2024<br>Date | *s/ M. Dawes Cooke, Jr.*<br>M. Dawes Cooke, Jr. (Fed. ID No. 288)<br>Allison M. Burns (Fed. I.D. No. 13922)<br>Barnwell Whaley Patterson & Helms, LLC<br>P.O. Drawer H Charleston, SC 29402<br>mdc@barnwell-whaley.com<br>aburns@barnwell-whaley.com<br>**Counsel for the Paired Entities** |
| December 5, 2024<br>Date | *s/ H. Brew Hagood (w/ permission)*<br>H. Brewton Hagood, Esquire (Fed. ID No. 1658)<br>Timothy J.W. Muller, Esquire (Fed. ID No. 10455)<br>ROSEN HAGOOD, LLC<br>151 Meeting Street, Suite 400<br>Charleston, SC 29401<br>bhagood@rosenhagood.com<br>tmuller@rosenhagood.com<br>(843) 577-6726<br><br>Jacob Bradley, Esq. (IN #27750-49)<br>Admitted Pro Hac Vice<br>QUARLES & BRADY LLP<br>Jacob.bradley@quarles.com<br>135 Pennsylvania Street, Suite 2400<br>Indianapolis, IN 46204-4404<br>Telephone: (317) 399-2884<br>**Counsel for ClearObject** |

EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**(CHARLESTON DIVISION)**

PAIRED PAY, INC.,

        Plaintiff,
        Counterclaim Defendant,

v.

CLEAROBJECT, INC.,

        Defendant,
        Counterclaim Plaintiff,
        Third Party Plaintiff,

v.

BLACK INK TECHNOLOGIES CORP.,
f/k/a BLACK INK TECHNOLOGIES, LLC,
and PAIRED, INC.

        Third Party Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 2:22-CV-1013-RMG**

**AGREED ORDER TO DISTRIBUTE FUNDS**

The Court has received the parties' Notice of Settlement and Motion to Distribute Security (the "Motion"). Being duly advised, the Court finds that good cause exists to grant the relief requested and, therefore, GRANTS the Motion.

THE CLERK OF COURT IS, THEREFORE, ORDERED to distribute the funds that ClearObject deposited with it pursuant to Docket No. 191 as follows:

- $535,000.00 to Paired Pay; and

- The remainder to ClearObject.

SO ORDERED.

Date:_____

                                          _____
                                          Judge, District of South Carolina

Distribution to counsel of record.

{01392754.DOCX.1 }
QB\175094.00015\93142687.1